# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | | |
|---|---|---|
| United States of America<br>v.<br><br>ANGEL JESUS SANCHEZ-MANRIQUEZ<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) | Case No. 2:21-mj-0031 AC<br><br>**SEALED** |

**FILED**
Feb 18, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates of **October 2020 through December 2020** in the county of **San Joaquin** in the **Eastern** District of **California**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 1591(a)(1), (b)(2) | Sex Trafficking of a Child |

This criminal complaint is based on these facts:

(see attachment)

☒ Continued on the attached sheet.

/s/ Rachel Johnston
*Complainant's signature*

Rachel Johnston, FBI Special Agent
*Printed name and title*

Sworn to telephonically pursuant to Fed. R. Crim. P. 4.1.

Date: February 18, 2021

City and state: Sacramento, California

ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

### AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Rachel Johnston, being first duly sworn, hereby depose and state as follows:

#### I. INTRODUCTION AND AGENT BACKGROUND

1. I submit this affidavit in support of a criminal complaint and application for an arrest warrant for Angel Jesus Sanchez-Manriquez.

2. Based on the facts set forth in this affidavit, I submit there is probable cause to believe that Sanchez-Manriquez committed violations of 18 U.S.C. §§ 1591(a)(1) and (b)(2), sex trafficking of a child, in the State and Eastern District of California, beginning on an unknown date but no later than in or around October 2020, and continuing to at least in or around December 2020.

3. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been since February 2019. I joined the FBI in 2013. Prior to becoming a Special Agent, I worked as a Management and Program Analyst in the Security Division, Resource Planning Office and Counterterrorism Division. I am currently assigned to the Sacramento Division, Chico Resident Agency. My law enforcement training includes twenty-one weeks of basic training at the FBI Academy in Quantico, Virginia. A portion of this training was dedicated to learning how to use computers and the internet in order to investigate computer-related crimes. Some of my investigative responsibilities include investigation of child exploitation, national security, violent crimes, drug trafficking, and firearms violations.

4. The facts in this affidavit come from my personal observations, my training and experience, and information obtained from other agents and witnesses. This affidavit is intended to show that there is sufficient probable cause for the criminal complaint and requested arrest warrant, and does not set forth all of my knowledge about this matter.

#### II. BACKGROUND REGARDING SEX TRAFFICKING

5. Through my training and experience, I am familiar with the prostitution subculture and certain practices common among sex traffickers and their victims, the persons engaging in acts of prostitution. I am aware of the following characteristics of sex trafficking:

a) Individuals who, through enticement, intimidation, coercion, or force, enlist individuals to engage in prostitution, and who profit from the prostitution of others, are called "pimps."

b) Pimps often try to recruit new victims by using social media websites and applications such as Facebook, Instagram, Snapchat, and others.

c) Certain websites are known to facilitate communication between sex trafficking victims and prospective prostitution clients (referred to as "johns" or "sex buyers"). The more notable websites formerly relevant to prostitution in the Eastern District of California included the "Adult" section of Backpage.com as well as nightshift.co. However, agents have found prostitution advertisements on newer purported escort websites such as Cityxguide.com, Skipthegames.com, and Adultlook.com. These websites often include advertisements with photographs. I have viewed prostitution advertisements obtained from each of these websites and am familiar with their general format, language, and nomenclature.

d) Prostitutes are instructed by the pimp regarding how to detect undercover law enforcement officers. When arranging "dates" (a euphemism for commercial sex encounters) with a client over the phone, prostitutes rarely discuss the specific details regarding the sex acts that are to occur. More detailed discussion typically occurs when the prostitute and client meet in person.

e) Some other terms common in the prostitution industry include "in-date," "out-call," and "car date." An "in-date" is when a prostitution customer travels to the prostitute for the encounter. An "out-call" is when prostitute travels to the customer's location to perform the sexual acts paid for by the customer. A "car date" is when the sexual encounter occurs in a vehicle.

f) Pimps control their victims' actions, and collect money earned through

acts of prostitution. Pimps often facilitate prostitution by transporting the prostitutes to locations where the prostitution occurs. The pimps, at times, transport prostitutes across state lines for the purpose of prostitution.

g) Pimps, at times, use physical force or threats of physical force to control their victims. Often, pimps will try to isolate their victims physically and socially, ensuring that they do not recognize opportunities to leave the pimp's control. This isolation is particularly effective on minor victims and those with an otherwise limited family or social network. These methods often enable the pimp to control, and expect compliance from, a victim even if the pimp is not physically present.

h) Pimps often provide drugs to the victims to suppress their appetites and to assist with the demands of performing commercial sex acts for long periods of time.

i) Prostitutes often use the term "daddy" when referring to their pimp. The pimp's phone number is often programmed as "daddy" in the prostitute's cell phone. In addition to using terms such as "daddy" to create the illusion of a familial relationship, pimps often purport to engage in a romantic relationship with their victims. The victim may believe that the pimp is her boyfriend while the pimp is controlling the victim's prostitution activity and taking the money earned from those commercial sex acts.

j) Pimps often request or force their prostitutes to obtain tattoos of names and/or symbols that are related to the pimp's name or nickname.

k) Prostitutes use cellular telephones as a way to communicate with clients and pimps. These phone numbers are included in the advertisements that are posted on various prostitution-facilitating websites. Prostitutes, pimps and clients communicate via voice calls and text messages.

l)  Pimps and prostitutes use cellular telephones to transmit photographs to email accounts and prostitution advertisement websites.

6. Sex trafficking of a child, in violation of 18 U.S.C. §§ 1591(a)(1) and (b)(2), prohibits the knowing recruitment, enticement, harboring, transportation, providing, obtaining, advertisement, maintenance, patronizing, and solicitation of a person to engage in a commercial sex act, where the defendant knew, or was in reckless disregard of the fact, that the person had not attained the age of eighteen years and would be caused to engage in a commercial sex act, and the defendant's acts were in or affecting interstate commerce.[1]

### III.     FACTS ESTABLISHING PROBABLE CAUSE

#### A.     A.G. called a person who was using a telephone number that appears on a prostitution advertisement for A.G.

7. In or around November 2020, I began investigating reports regarding the sexual exploitation of a minor female, A.G.  A.G.'s full name and date of birth are known to me.

8. On November 12, 2020, Yuba County Sheriff's Office Detective Natalie Mullins contacted me concerning A.G.  On November 12, 2020, A.G. was sixteen years old.

9. Detective Mullins informed me that on or about November 9, 2020, while in law enforcement custody at Juvenile Hall in Yuba County, A.G. asked a Juvenile Hall staff member to place a telephone call to her stepfather.  A.G. gave the Juvenile Hall staff member her purported stepfather's telephone number: (209) 420-2671.  A.G. also requested that the Juvenile Hall staff member initiating the call ask for her grandfather, who she identified as "Angel."

10. The Juvenile Hall staff member contacted a person using the number that A.G. provided.  After the call connected, the staff member allowed A.G. to speak to the person on the other end of the line.  While A.G. was on the telephone, the Juvenile Hall staff member overheard A.G. refer to the person on the other end of the line as "baby" or "babe."  The staff member terminated the phone call.

11. The Juvenile Hall staff member conducted a Google search of the telephone

---

[1] In this affidavit, the term "commercial sex act" means any sex act, on account of which anything of value is given to or received by any person.  *See* 18 U.S.C. § 1591(e)(3).

AFFIDAVIT     4

number (209) 420-2671.  This search revealed that (209) 420-2671 was listed as the contact telephone number on multiple online advertisements for prostitution services, some of which contained a photograph of A.G.

### B. A.G's photograph appears on several online posts advertising commercial sex acts.

12. On November 13, 2020, I searched for and viewed online prostitution advertisements depicting A.G.  Specifically, I viewed advertisements on Skipthegames.com, in a section of the website titled "California," subsection "Stockton," subsection "Female Escort."  I located more than seventy advertisements with some version of the title "Snow Bunny," such as, "Snow Bunny in Stockton."  Each such advertisement for "Snow Bunny in Stockton" contained a photograph depicting a white female in her underwear, as well as a photograph of A.G.  Many of the advertisements included a photograph of A.G. that she took of herself (i.e., a "selfie").  In this selfie-style photo, A.G. is wearing a light pink, off-the-shoulder top, with her hair pulled back.  This photo also depicts a large tattoo on A.G.'s chest.  The tattoo contains a flower, locket, and the word "kilo."

13. Based on my review of publicly available information provided by Skipthegames.com, I know that Skipthegames.com is an international company based outside of the United States.

14. On November 17, 2020, I interviewed A.G. at Juvenile Hall.  I showed A.G. a copy of the "selfie" described above, and A.G confirmed that she is the person depicted in that photograph.  During this interview, A.G. also confirmed that she had recently turned sixteen years old.

15. Of the more than seventy advertisements that I viewed on November 13, 2020, all but two included a contact telephone number of (209) 420-2671.[2]  Each advertisement listed

---

[2] One advertisement of A.G. posted to SkiptheGames.com on October 8, 2020, listed the contact telephone number as (916) 822-9487.  Based on subscriber information provided by Pinger, Inc., I know that the telephone number (916) 822-9487 is a Voice Over Internet Protocol ("VOIP") number created to communicate on the cellular phone application TextFree.  I also know that the username for the subscriber of telephone number (916) 822-9487 in Pinger's records is Amanriquez29320.  This VOIP telephone number was active between September 20,

AFFIDAVIT                             5

A.G.'s age as nineteen years old. The text of each advertisement varied based on whether A.G. was being made available for an in-call, out-call, or car date. Some advertisements did not refer to A.G.'s availability at all.

16. Some advertisements included a list of sex acts A.G. was not willing to perform. For example, one advertisement posted on October 8, 2020, stated the following: "NO BB NO BBBJ NO GFE NO GREEK D." Based on my training and experience, I know this to mean that for this particular advertised encounter, A.G. was unwilling to engage in sexual intercourse without a condom ("BB"), perform oral sex without a condom ("BBBJ"), engage in anal sexual intercourse ("Greek"), or provide a "girlfriend experience" ("GFE") for the sex buyer.

17. Despite the variation I observed in this collection of advertisements of A.G. on Skipthegames.com, I noticed that each advertisement contained the following content: "Hey my name is Alexis and I am located in Stockton ☺ let me please you in any way I could 🐰call or Text [displayed phone number] for more info. 🚫🚫🚫👮‍♀️ 👮👮‍♂️".

   C. <u>**Sanchez-Manriquez controlled telephone number (209) 420-2671.**</u>

18. In the course of this investigation, I performed searches of various public and employment records. These searches revealed that the telephone number (209) 420-2671 belongs to Sanchez-Manriquez and is associated with an AT&T cellular telephone account. According to AT&T records, a person named Yesenia Manriquez paid the bill for this account between March 2020 and October 2020. AT&T records also indicate that Yesenia Manriquez is a "top contact" for the account associated with (209) 420-2671. According to records maintained by the San Joaquin County Probation Office, which supervises Sanchez-Manriquez, Yesenia Manriquez is Sanchez-Manriquez's mother.

19. I interviewed A.G.'s mother on December 1, 2020. A.G.'s mother told me that on or about November 8, 2020, she began receiving text messages from someone she referred to as

---

2020, and November 10, 2020.

  One other advertisement of A.G. posted to SkiptheGames.com on October 14, 2020, listed the contact telephone number as (209) 639-9025. Based on evidence gathered during this investigation, I know that A.G's cellular telephone is assigned the call number (209) 639-9025.

AFFIDAVIT          6

"Angel." A.G.'s mother reported that Angel was using a phone assigned the call number (209) 420-2671 to send and receive text messages.

20.     In the texts with A.G.'s mother, Angel identified himself and told A.G.'s mother that he wanted to give her $2,000 in cash and a few other items. Angel claimed that the cash and items belonged to A.G. A.G.'s mother also told me that after A.G. contacted Angel from Juvenile Hall on or around November 12, 2020, the tone of Angel's text messages to A.G.'s mother changed. After that date, Angel declined to return A.G.'s money or belongings. Instead, he threatened to harm A.G.'s mother if she continued to communicate with him.

21.     On December 19, 2020, I interviewed Sanchez-Manriquez in front of his home, which is located at 2224 East Lafayette Street in Stockton, California. At the beginning of the interview, I provided the *Miranda* warning, and Sanchez-Manriquez agreed to speak to me. During this interview, Sanchez-Manriquez told me that telephone number (209) 420-2671 was his "Cricket" cellular phone number.

### D. Subscriber information links Sanchez-Manriquez to prostitution advertisements for A.G.

22.     On November 16, 2020, a representative of SkiptheGames.com provided subscriber information (including Internet Protocol ("IP") addresses) for the user who posted prostitution advertisements containing A.G.'s photograph. According to these records, the user who posted these advertisements logged into Skipthegames.com from a Skipthegames.com account associated with the telephone number (209) 420-2671 and the email address angelosmithx4@gmail.com.[3]

23.     Comcast Corporation records list subscriber information for IP addresses that were used to post the A.G. Skipthegames.com advertisements. Five of the IP addresses from which the A.G. Skipthegames.com advertisements were posted were assigned to Yesenia Manriquez on the following dates:

---

[3] Based on information gathered during this investigation, the subscriber for the email address angelosmithx4@gmail.com is likely a nineteen-year-old male, hereinafter Person 1. On September 27, 2020, officers from the Stockton Police Department conducted a traffic stop of a vehicle in which Sanchez-Manriquez and Person 1 were both passengers.

a) 2601:203:c200:a3e0:751d:7159:ce43:9964 (assigned on November 4, 2020);

b) 2601:203:c200:a3e0:9065:9eb7:3620:b3b4 (assigned on November 4, 2020);

c) 2601:203:c200:a3e0:111d:70fc:a0e8:cd19 (assigned on November 4, 2020);

d) 2601:203:c200:a3e0:fcf3:1e26:cb1f:a702 (assigned on November 6, 2020); and

e) 2601:203:c200:a3e0:2ddf:e21f:1c3e:55dd (assigned on November 6, 2020).

24. The address of service provided by Comcast for these five IP addresses on these dates was 2224 East Lafayette Street in Stockton, California. This is the same address listed on Sanchez-Manriquez's California Driver's license. It is also the same address where I contacted and interviewed Sanchez-Manriquez on December 19, 2020. During this interview, Sanchez-Manriquez indicated that he resides at 2224 East Lafayette Street in Stockton.

25. Based on searches of open-source data, I determined that AT&T Mobility provided all the remaining IP addresses from which the A.G. Skipethegames.com advertisements were posted. Based on my training and experience, I know this means that these remaining IP addresses were used by an AT&T subscriber to access the Internet from a mobile device such as a cellular telephone. AT&T does not maintain records connecting mobile IP addresses of this type to particular devices or accounts. As set forth above, the AT&T account associated with call number (209) 420-2671 is paid for by Yesenia Manriquez.

E. **Electronic devices contain images and communications regarding Sanchez-Manriquez's management of A.G.'s prostitution activity.**

26. On November 17, 2020, I took custody of A.G.'s iPhone from the Yuba County Sheriff's Office. A.G.'s iPhone had previously been stored in the Yuba County Sheriff's Office along with A.G.'s other property after she was booked into Yuba County Juvenile Hall. Pursuant

to a federal search warrant, I searched the Apple iPhone that A.G. possessed while she was at Juvenile Hall. A.G.'s iPhone was activated on or around October 13, 2020. During my review of the device, I found several images of A.G. and Sanchez-Manriquez posing together in bed. In at least one of these photographs, A.G. is partially nude.

27. On December 19, 2020, Stockton police officers observed Sanchez-Manriquez hold and subsequently place an Apple iPhone on the dashboard of his car. Pursuant to a federal search warrant, I searched that Apple iPhone. During my review of that device, I found many image files of A.G. by herself (sometimes nude) or with Sanchez-Manriquez. One such image was identical to the "selfie" of A.G. (depicting her in a light pink, off-the-shoulder top, with her hair pulled back, displaying a large tattoo depicting a flower, a locket, and the word "kilo" on her right chest) that appeared repeatedly in prostitution advertisements of A.G. posted to Skipthegames.com.

      1.    <u>A.G. and an unidentified sex buyer engaged in a commercial sex act on November 8, 2020.</u>

28. During my review of A.G.'s iPhone, I found text messages between A.G. and an unidentified sex buyer that occurred on November 7, 2020. In summary, A.G. and this unidentified sex buyer discussed scheduling a prostitution encounter to take place on November 8, 2020, between 9:30 a.m. and 10:00 a.m. The sex buyer asked A.G., "would you do it for $100?" A.G. responded, "yes" and told the sex buyer that the encounter would occur in Room 227 at the Motel 6 located at 6717 Plymouth Road in Stockton, California.

29. On November 8, 2020, at 10:02 a.m., A.G. and Sanchez-Manriquez, who was saved in A.G's iPhone contact list under telephone number (209) 420-2671 as "Angel," engaged in the following exchange over the iPhone messaging service known as iMessage. In the exchange set forth below, A.G. tells Sanchez-Manriquez that she is with a "trick," which is a term used to describe a sex buyer.

> *Sanchez-Manriquez:* Ima have my black homies in room 225 go get u. They been watching u. If u don't answer.
>
> *A.G.:* Nigga I have a trick rn. He's coming.

> *Sanchez-Manriquez:*   I have one going too
>
> *A.G.:*   And tbh I would have paid but I put them in the toilet.
>
> *Sanchez-Manriquez:*   I'm calling hotel security to kick u out
>
> *A.G.:*   And okay. For what I didn't do shit.

    2.    <u>Sanchez-Manriquez posed as A.G. and discussed A.G.'s prostitution activity and age with an unidentified sex buyer.</u>

30.    While searching Sanchez-Manriquez's iPhone, I viewed many text message exchanges in which he posed as A.G. and responded to inquiries from sex buyers who had viewed A.G.'s prostitution advertisements online.[4] In these discussions with potential sex buyers, Sanchez-Manriquez often set the price sex buyers would pay for sex acts that A.G. would perform, and he coordinated the times and locations for A.G.'s commercial sex acts.

31.    One such exchange occurred on or around October 21, 2020, between Sanchez-Manriquez and an unidentified sex buyer. In this exchange, Sanchez-Manriquez posed as A.G., and attempted to arrange a $100 commercial sex act with a sex buyer at the Knotty Pine Motel.

32.    The same sex buyer sent multiple subsequent text messages to Sanchez-Manriquez (who was then posing as A.G.) between October 31, 2020, and November 12, 2020. In those texts, the sex buyer asked for or attempted to arrange additional commercial sex acts with A.G. On or about November 12, 2020, the sex buyer sent a text message that stated, "U working." Sanchez-Manriquez ceased posing as A.G. and responded to this text with, "She's in jail." This text message exchange between the unidentified sex buyer and Sanchez-Manriquez continued, in relevant part, as follows:

> *Sex Buyer:*   When she coming bask
>
>     Back
>
> *Sanchez-Manriquez:*   2 weeks she got court
>
>     It might be months

---

[4] In my training and experience, it is common in the prostitution industry for pimps to pose as their prostitutes when engaging in remote correspondence with potential sex buyers. This allows the pimps to control the business and further isolate the victim.

AFFIDAVIT    10

| | |
|---|---|
| *Sex Buyer:* | What your name |
| *Sanchez-Manriquez:* | This her P cuhzzin[5] |
| | U lookin for Alexis right |
| *Sex Buyer:* | I can got a picture of u plesa |
| | Please |
| *Sanchez-Manriquez:* | Hell na |
| | She in jail bruh |
| | She got in a fight and got caught doing some shit |
| *Sex Buyer:* | I have to visit her in the jail u can give me her name and last name please |
| *Sanchez-Manriquez:* | She's in Colusa juvenile centers |
| | She 15 u know that right |
| *Sex Buyer:* | I know that give me her name and last name please |
| *Sanchez-Manriquez:* | Send a pic of yo self |
| *Sex Buyer:* | [Sends image file] |
| *Sanchez-Manriquez:* | She 15 years old bro |
| | They ain't gonna let u visit her only her parents |

**F.  Sanchez-Manriquez made hotel reservations on dates that correspond with online prostitution advertisements.**

33. During the course of this investigation, the FBI obtained records from several hotels that identified reservations associated with Sanchez-Manriquez. For example, hotel records revealed that on October 11, 2020, Sanchez-Manriquez rented Room 265 at the Days Inn Hotel located at 4219 East Waterloo Road in Stockton, California. Specifically, the records indicate that a person named "Angel Sanchez" with the address of 2224 East Lafayette Street, Stockton, California, paid $418.70 to rent Room 265 from October 11, 2020, until October 17, 2020.

34. On October 11, 2020, two prostitution advertisements depicting A.G. were posted

---

[5] In my training and experience, "P" is a term commonly used to refer to a pimp.

on Skipthegames.com for Stockton, each with a contact call number of (209) 420-2671. A total of eighteen additional prostitution advertisements depicting A.G. were posted on Skipthegames.com on October 13, 2020, October 14, 2020, and October 15, 2020, each with a contact call number of (209) 420-2671, and each advertising A.G. in Stockton. One of these advertisements posted on October 14, 2020, requested "INCALLS ONLY !!"

35. Hotel records also reveal that on October 20, 2020, Sanchez-Manriquez rented Room 107 at the Knotty Pine Motel located at 2160 North Wilson Way in Stockton, California for $70.00 for one night. Hotel records also revealed that on October 21, 2020, Sanchez-Manriquez rented Room 105 at the Knotty Pine Motel until October 28, 2020, for $350.00. Knotty Pine Motel records include a copy of the signature Sanchez-Manriquez provided when he registered for Rooms 107 and 105; this registration signature matches the signature on Sanchez-Manriquez's California Driver's license.

36. On October 21 and 22, 2020, a total of eight prostitution advertisements depicting A.G. were posted to Skipthegames.com for Stockton, each with a contact call number of (209) 420-2671. Eight additional prostitution advertisements depicting A.G. were posted on Skipthegames.com on October 23, 2020, October 24, 2020, October 25, 2020, October 27, 2020, and October 28, 2020, all with a contact call number of (209) 420-2671 and all advertising A.G. in Stockton.

37. On February 17, 2021, I spoke with the owner of the Knotty Pine Motel. The owner told me that while the majority of the guests who stay at the Knotty Pine Motel live in California, the Knotty Pine Motel has rented rent rooms in the past to guests from outside California.

**G.    Sanchez-Manriquez knew A.G.'s age in October 2020.**

38. On December 19, 2020, I interviewed Sanchez-Manriquez. During this interview, Sanchez-Manriquez told me that he dated A.G. for a week before learning that she was sixteen years old. Specifically, Sanchez-Manriquez told me that during a voice call between A.G. and her mother that occurred on an unknown date, Sanchez-Manriquez took A.G.'s telephone from

A.G.  At that point, A.G.'s mother informed Sanchez-Manriquez that A.G. was sixteen years old at that time.  Sanchez-Manriquez further related to me that other people told him A.G. was fifteen years old when he was dating A.G., but Sanchez-Manriquez claimed that he did not know A.G.'s true age until he spoke with A.G.'s mother over the phone.

39. In the course of my review of their iPhones, I observed that A.G. and Sanchez-Manriquez had more than 120 voice calls with one another between October 14, 2020, and November 9, 2020.  I also viewed numerous text message exchanges between A.G. and Sanchez-Manriquez sent in October 2020, in which A.G. expressed anger with Sanchez-Manriquez spending time with other females.  For instance, on or around October 17, 2020, A.G. and Sanchez-Manriquez engaged in the following exchange:

*A.G.:*              You won't change for me?

*Sanchez-Manriquez:*  Why should I if u won't

                     I'm always nice to you

*A.G.:*              Why should I if you won't?

                     Are u hearing yourself it goes the same way

*Sanchez-Manriquez:*  I don't see no effort from u

*A.G.:*              I don't either I just hangout with ur ex every time we fight

                     And ik u fucked her

                     And ur a liar she ain't ur friend

                     [Attachment sent]

                     I already no there's Ben someone else

                     You are always gonna go to her ik u r

                     That's ur day one

*Sanchez-Manriquez:*  I didn't know that bitch I met her last night

*A.G.:*              Your always gonna choose her over me

40. On December 2, 2020, A.G.'s mother gave me undated screenshots of a messaging exchange she engaged in over Facebook Messenger with A.G.'s account.  This

AFFIDAVIT                                    13

exchange proceeded as follows:

| | |
|---|---|
| *A.G.'s mother:* | Um yes ur my 15 year old and I need to know these things |
| *A.G's account:* | Bruh no I'm not I'm fucking 16. Gonna be 18. 17. * bruh |
| *A.G.'s mother:* | You'll be 16 in a few days lol |
| *A.G's account:* | just stop |
| *A.G.'s mother:* | Wren. Wtf. 11/05/04 is urb day lol. Ur 15 |

41.     On a subsequent date, A.G.'s mother communicated with Sanchez-Manriquez via text message about obtaining some of A.G.'s belongings from Sanchez-Manriquez. During this text conversation, Sanchez-Manriquez told A.G.'s mother that he had previously used A.G's Facebook account to communicate with A.G.'s mother. This disclosure explains why the person using A.G.'s account in the preceding paragraph incorrectly stated that A.G. was sixteen years old when she was in fact fifteen years old at the time.

42.     While reviewing the contents of Sanchez-Manriquez's iPhone, I observed a video file in which A.G. is performing oral sex on Sanchez-Manriquez. In this video, A.G.'s face is visible. Sanchez-Manriquez's voice is audible as he directs A.G.'s conduct, and the individual receiving oral sex from A.G. is wearing distinctive gold rings that are consistent with jewelry I observed Sanchez-Manriquez wearing on his own hands at multiple points during this investigation. The date and time stamps of this video file are from October 23, 2020.

///
///
///
///
///
///
///
///
///

## IV. AUTHORIZATION REQUEST

43. Based on the foregoing, I submit that there is probable cause to believe that Angel Jesus Sanchez-Manriquez violated 18 U.S.C. §§ 1591(a)(1) and (b)(2). Accordingly, I respectfully request that the Court issue a criminal complaint and warrant for Sanchez-Manriquez's arrest.

44. I further request that the Court order that all papers in support of this application, including the affidavit, complaint, and arrest warrant, be sealed until further order of the Court. Sealing these documents is necessary because the complaint and arrest warrant are relevant to an ongoing investigation into the criminal conduct of a person. That person does not know that law enforcement has requested a warrant for his arrest. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize the investigation and the safety of law enforcement officers attempting to locate and arrest the target of this investigation.

Respectfully submitted,

/s/ Rachel Johnston
Rachel Johnston
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to telephonically on: February 18, 2021

**ALLISON CLAIRE**
**UNITED STATES MAGISTRATE JUDGE**

/s/ SAM STEFANKI
Approved as to form by:
Assistant U.S. Attorney Sam Stefanki

AFFIDAVIT                       15