1  PHILLIP A. TALBERT
   Acting United States Attorney
2  SAM STEFANKI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8           IN THE UNITED STATES DISTRICT COURT

9            EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,          CASE NO.  2:21-MJ-00031-AC

11               Plaintiff,            FINDINGS AND ORDER EXTENDING TIME FOR
                                       PRELIMINARY HEARING PURSUANT TO RULE
12           v.                        5.1(d) AND EXCLUDING TIME

13  ANGEL JESUS SANCHEZ-MANRIQUEZ,

14               Defendant.

15

16          The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

17  Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on March 5, 2021.  The

18  Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

19  demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

20  5.1(d) of the Federal Rules of Criminal Procedure.

21          Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

22  of justice served by granting this continuance outweigh the best interests of the public and the defendant

23  in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would

24  not adversely affect the public interest in the prompt disposition of criminal cases.

25  ///

26  ///

27  ///

28  ///

FINDINGS AND ORDER                          1

THEREFORE, FOR GOOD CAUSE SHOWN:

1.      The date of the preliminary hearing is extended to April 16, 2021, at 2:00 p.m.

2.      The time between March 26, 2021, and April 16, 2021, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3.      The defendant shall appear at that date and time before the Magistrate Judge on duty.


IT IS SO ORDERED.

DATED: March 8, 2021                          /s/ DEBORAH BARNES
                                              UNITED STATES MAGISTRATE JUDGE