1   PHILLIP A. TALBERT
    Acting United States Attorney
2   SAM STEFANKI
    Assistant United States Attorney
3   501 I Street, Suite 10-100
    Sacramento, CA 95814
4   Telephone:  (916) 554-2700
    Facsimile:   (916) 554-2900

5

6   Attorneys for Plaintiff
    United States of America

7

8                   IN THE UNITED STATES DISTRICT COURT

9                   EASTERN DISTRICT OF CALIFORNIA

10  UNITED STATES OF AMERICA,            CASE NO.  2:21-MJ-00031-AC

11                      Plaintiff,        [PROPOSED] FINDINGS AND ORDER
                                          EXTENDING TIME FOR PRELIMINARY
12          v.                            HEARING PURSUANT TO RULE 5.1(d) AND
                                          EXCLUDING TIME
13  ANGEL JESUS SANCHEZ-MANRIQUEZ,
                                          DATE: July 30, 2021
14                      Defendant.        TIME: 2:00 p.m.
                                          COURT: Hon. Jeremy D. Peterson
15

16

17         The Court has read and considered the Stipulation for Extension of Time for Preliminary Hearing

18  Pursuant to Rule 5.1(d) and Exclusion of Time, filed by the parties in this matter on July 6, 2021.  The

19  Court hereby finds that the Stipulation, which this Court incorporates by reference into this Order,

20  demonstrates good cause for an extension of time for the preliminary hearing date pursuant to Rule

21  5.1(d) of the Federal Rules of Criminal Procedure.

22         Furthermore, for the reasons set forth in the parties' stipulation, the Court finds that the interests

23  of justice served by granting this continuance outweigh the best interests of the public and the defendant

24  in a speedy trial.  18 U.S.C. § 3161(h)(7)(A).  The Court further finds that the extension of time would

25  not adversely affect the public interest in the prompt disposition of criminal cases.

26  ///

27  ///

28  ///

THEREFORE, FOR GOOD CAUSE SHOWN:

1.     The date of the preliminary hearing is extended to September 24, 2021, at 2:00 p.m.

2.     The time between July 30, 2021, and September 24, 2021, shall be excluded from calculation pursuant to 18 U.S.C. § 3161(h)(7)(A).

3.     The defendant shall appear at that date and time before the Magistrate Judge on duty.

IT IS SO ORDERED.

DATED: July 6, 2021

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE