PHILLIP A. TALBERT
United States Attorney
SAM STEFANKI
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANGEL JESUS SANCHEZ-MANRIQUEZ,<br><br>Defendant. | CASE NO. 2:21-CR-00148-TLN<br><br>STIPULATION REGARDING RESTITUTION HEARING; *NUNC PRO TUNC* ORDER |

**STIPULATION**

The United States of America (the "government") and defendant Angel Jesus Sanchez-Manriquez (the "defendant") hereby stipulate and agree as follows:

1.   Sentencing in this matter occurred on December 2, 2021.  *See* ECF No. 55.

2.   During the sentencing hearing, the government requested that the Court defer the matter of restitution.  The Court granted the government's request and set a restitution hearing for February 24, 2022.  *See* ECF No. 55.

3.   The restitution hearing set for February 24, 2022, did not take place as calendared.

4.   The government is not presently seeking restitution on behalf of any victim of the defendant's conduct in this case.

///

///

5. Accordingly, the parties jointly request that the Court issue a *nunc pro tunc* order vacating the restitution hearing previously calendared for February 24, 2022.

IT IS SO STIPULATED.

Dated: April 18, 2022

PHILLIP A. TALBERT
United States Attorney

By: /s/ SAM STEFANKI
SAM STEFANKI
Assistant United States Attorney

Dated: April 18, 2022

/s/ DAVID FISCHER
DAVID FISCHER
Counsel for Defendant
ANGEL JESUS SANCHEZ-MANRIQUEZ

### ORDER

The parties' request to vacate the restitution hearing previously set for February 24, 2022, is GRANTED.

IT IS SO ORDERED *nunc pro tunc* this 19th day of April, 2022.

Troy L. Nunley
United States District Judge